UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREG HUDSON and
RENEE HUDSON

    Plaintiff(s),

v.

DYNAMIC RECOVERY SERVICES, LLC, A
Michigan Limited Liability Company, and et al.,

    Defendant(s).

Case No. 2:11-CV-15484

Judge Bernard A. Friedman

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, DYNAMIC RECOVERY SERVICES, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: January 13, 2012

/s/ Paul K. Beardslee

P42177
Beardslee Law Offices
206 S. Kalamazoo Avenue
Marshall, Michigan 49068
269-781-5193
beardslee_law@yahoo.com