**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

GREG HUDSON, ET AL.,
    Plaintiff(s),

v.                                                                                          Case No.   11-15484
                                                                                            HON. BERNARD A. FRIEDMAN
DYNAMIC RECOVERY SERVICES, ET AL.,
    Defendant(s).
_____/

**NOTICE OF SCHEDULING CONFERENCE**

You are notified to appear on **FRIDAY, FEBRUARY 17, 2012, AT 9:30 A. M.** in the chambers of Judge Bernard A. Friedman, Room #100, Theodore Levin U. S. Courthouse, 231 West Lafayette, Detroit, Michigan for a scheduling conference on the above-referenced action. PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

    A brief summary of the case and issues; including subject matter jurisdiction

    Relationship to other cases

    Necessity of amendments to pleadings, additional parties, third-party, etc.

    Discovery progress – **counsel are instructed to commence significant discovery prior to the conference.**

    Mediation and Motion filing.

The purpose of this conference is to make the court aware of the issues involved, to discuss the possibility of settlement, and to establish dates for discovery cut-off, settlement conference, motion cutoff, pretrial and trial.    Please be prepared to address all these issues.

Plaintiff in the above entitled case is directed to convene an in-person conference with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed. R. Civ. P. 26(f).  **The discovery plan <u>must</u> be electronically filed with the Clerk of the Court seven days prior to the scheduling conference.   If a scheduling order is prepared and filed based upon the submitted discovery plan; then the conference may be cancelled.**

The Court does not grant adjournments of scheduling conferences because trial counsel is unavailable.  **<u>Arrangements for teleconference can be made for out of town counsel by calling me at (313) 234-5172; plaintiff to initiate call-in information for scheduling conference</u>**.

January 18, 2012               Carol L. Mullins
                               Case Manager for the
                               Hon. Bernard A. Friedman

I hereby certify, that on January 18, 2012, I served the
foregoing document on all parties using the CM/ECF system
or U.S. Mail.

Carol L. Mullins
Deputy Clerk