UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

GREG HUDSON and
RENEE HUDSON,
    Plaintiffs,
-vs.-                                                                                    Case No. 2:11-cv-15484
                                                                              Hon. Bernard Friedman

DYNAMIC RECOVERY SERVICES, LLC,
a Michigan limited liability company, and
JOHN DOE, a/k/a AGENT BRYANT,
jointly and severally,
    Defendants.
_____

## NOTICE OF APPEARANCE

To:    Clerk of the Court
        U.S. District Court
        Theodore Levin U.S. Courthouse
        231 W. Lafayette Blvd.
        Detroit, MI  48226

PLEASE TAKE NOTICE that **Travis Shakelford** of **NITZKIN & ASSOCIATES** hereby enters his appearance as Counsel on behalf of the Plaintiff Greg Hudson and Renee Hudson in the above captioned matter.

Dated: February 8, 2012                              Respectfully submitted

                                                                              /s/ Travis Shakelford_____
                                                             **Travis Shakelford (P68710)**
                                                             Nitzkin & Associates
                                                              Attorney for Plaintiff
                                                               22142 W. Nine Mile Road
                                                              Southfield, MI  48033
                                                              (248) 353-2882
                                                              Gnitzkin@creditor-law.com