UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

GREG HUDSON and
RENEE HUDSON,
    Plaintiffs,

-vs.-                                    Case No. 2:11-cv-15484
                                        Hon. Bernard Friedman

DYNAMIC RECOVERY SERVICES, LLC,
a Michigan limited liability company, and
JOHN DOE, a/k/a AGENT BRYANT,
jointly and severally,
    Defendants.
_____

**ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT.**

      IT IS HEREBY ORDERED that the Plaintiff shall have 14 days to file a first amended complaint naming a Terrence Bryant in the pace and stead of John Doe, as stipulated to by the parties.


Date:  February 17, 2012                    s/Bernard A Friedman_____
                                                     Judge of United States District Court
                                                       Eastern District of Michigan