UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

GREG HUDSON and
RENEE HUDSON,
     Plaintiffs,

-vs.-                                Case No. 2:11-cv-15484
                                     Hon. Bernard Friedman

DYNAMIC RECOVERY SERVICES, LLC,
a Michigan limited liability company, and
TERRANCE BRYANT,
jointly and severally,
     Defendants.

_____

## PLAINTIFFS' WITNESS LIST

     At trial, the Plaintiff may introduce the testimony of the following persons:

1. Greg Hudson

2. Rene Hudson

3. Gloria Hudson

4. Terrance Bryant

5. Keeper of Records – American Honda Finance

6. Keeper of Records – Dynamic Recovery Services

7. All witnesses listed by the Defendants in their witness list

8. All persons identified via any discovery responses

9. All necessary rebuttal witnesses

10. Plaintiff reserves the right to amend this witness list as the names and identities of witnesses is made known through discovery.

Respectfully submitted,


April 4, 2012

/s/ Gary Nitzkin
GARY D. NITZKIN  P41155
MICHIGAN CONSUMER CREDIT LAWYERS
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 353-4840
Email – gary@micreditlawyer.com


**Proof of Service**

I, Gary Nitzkin, hereby state that on April 4, 2012, I served a copy of the within pleading upon all counsel as their address appear of record via the court's CM/ECF System.

/s/ Gary Nitzkin